April 11, 1966

Commonwealth *v.* Altizer, Appellant.

Argued March 23, 1966. *Charles H. Frey,* for
appellant; *Gordon Gelfond,* Assistant District Attorney, with him *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

762

PER CURIAM: This appeal having been allowed by order of the lower court before considering the issues now being presented, the record is remanded to the lower court with directions to dispose of any post-trial motions which appellant is now granted fifteen days leave to file nunc pro tunc.